# United States Court of Appeals
## For the First Circuit

No. 03-1338

UNITED STATES OF AMERICA,
Appellee,

v.

STEPHEN J. BALTHAZARD,
Defendant, Appellant.

No. 03-1343

UNITED STATES OF AMERICA,
Appellee,

v.

STEVEN J. SOUVE,
Defendant, Appellant.

ERRATA

The opinion of this Court, issued on March 15, 2004, should be amended as:

Footnote 4: delete the first full sentence and replace it with "The trial court characterized §§ 841(b)(1)(B)-(D) as lesser included offenses of § 841(b)(1)(A)."